DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

AHMET CAN YESILBOGAZ and NAIDA ADIAN,

Appellants,

v.

SUMMER REESE, individually and as the personal
representative of Ronald D. Reese; REESE CAPITAL
HOLDINGS, LLC; REESE'S TOY BARN AUTO DIVISION, LLC;
BETTER WAY SOLUTIONS, INC.; NICHOLAS D. REESE,
individually, and REESE PROPERTY INVESTMENTS, LLC,

Appellees.

Nos. 2D2025-2113, 2D2025-2116
CONSOLIDATED

_____

May 27, 2026

Appeal from the Circuit Court for Hillsborough County; Darren D.
Farfante, Judge.

Ahmet Can Yesilbogaz and Naida Adian, pro se.

Matthew D. Morton of Morton Law Firm, LLC, Lithia, for Appellees.


PER CURIAM.

    Affirmed.

VILLANTI, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.